```
_____ FILED  _____ LODGED
         _____ RECEIVED

        SEP 19 2011

        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

**Honorable Ronald B. Leighton**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JORDAN C. RICH,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY, et al.,<br><br>Defendants. | NO. 3:11-cv-05026-RBL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED between the plaintiff, Jordan C. Rich, and defendants Jefferson County, et al., acting through their respective attorneys, that the above entitled action may be dismissed with prejudice and without attorneys fees or costs as to any party, this matter having been fully resolved between them.

*September 13, 2011*  
―――――――――――――  
Date

/s/ *John E. Justice*  
―――――――――――――  
John E. Justice, WSBA No. 23042  
Attorney for Defendant Jefferson County

*September 13, 2011*  
―――――――――――――  
Date

/s/ *Thomas S. Olmstead*  
―――――――――――――  
Thomas S. Olmstead, WSBA No. 8170  
Attorney for Jordan C. Rich

STIPULATION AND ORDER OF DISMISSAL - 1

Cause No. 3:11 CV 5026 RBL- 1

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

Attorney for Plaintiff Jordan C C. Smith

**ORDER**

THIS MATTER having come before the Court on the foregoing stipulation, it is hereby

ORDERED that the above-entitled action be dismissed with prejudice and without attorneys' fees and costs as to any party.

DATED this 19th day of September, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**Presented by:**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

/s/ John E. Justice

_____
John E. Justice, WSBA No. 23042
Attorney for Defendants

**Approved for entry:**

/s/ Thomas S. Olmstead

_____
Thomas S. Olmstead, WSBA No. 8170
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2

Cause No. 3:11 CV 5026 RBL- 2

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480 FAX: (360) 357-3511