```
_____ FILED    _____ LODGED
        _____ RECEIVED

        SEP 19 2011

     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

**Honorable Ronald B. Leighton**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JORDAN C. RICH,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JEFFERSON COUNTY, et al.,<br><br>　　　　　　Defendants. | NO. 3:11-cv-05026-RBL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED between the plaintiff, Jordan C. Rich, and defendants Jefferson County, et al., acting through their respective attorneys, that the above entitled action may be dismissed with prejudice and without attorneys fees or costs as to any party, this matter having been fully resolved between them.

*September 13, 2011*　　　　　　　　/s/ *John E. Justice*
_____　　　　　_____
Date　　　　　　　　　　　　　　　John E. Justice, WSBA No. 23042
　　　　　　　　　　　　　　　　　Attorney for Defendant Jefferson County


*September 13, 2011*　　　　　　　　/s/ *Thomas S. Olmstead*
_____　　　　　_____
Date　　　　　　　　　　　　　　　Thomas S. Olmstead, WSBA No. 8170
　　　　　　　　　　　　　　　　　Attorney for Jordan C. Rich

STIPULATION AND ORDER OF DISMISSAL - 1

Cause No. 3:11 CV 5026 RBL- 1

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

## ORDER

Attorney for Plaintiff Jordan C C. Smith

THIS MATTER having come before the Court on the foregoing stipulation, it is hereby

ORDERED that the above-entitled action be dismissed with prejudice and without attorneys' fees and costs as to any party.

DATED this 19th day of September, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**Presented by:**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

/s/ John E. Justice
_____
John E. Justice, WSBA No. 23042
Attorney for Defendants

**Approved for entry:**

/s/ Thomas S. Olmstead
_____
Thomas S. Olmstead, WSBA No. 8170
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2

Cause No. 3:11 CV 5026 RBL- 2

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511